VALERIE J. WISE ET AL. *v.* PLANNING BOARD OF THE CITY OF STAMFORD ET AL.

The defendants' petition for certification for appeal from the Superior Court in the judicial district of Fairfield at Stamford is denied by the court.

*Edward J. Frattaroli,* assistant corporation counsel, and *Michael Friedman,* in support of the petition.

*David M. Wise,* in opposition.

Decided May 6, 1980

FRANK DOOLEY *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF FAIRFIELD

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Fairfield at Bridgeport is denied by the court.

*Aaron B. Schless,* in support of the petition.

*John F. Clancy,* in opposition.

Decided May 6, 1980